FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY SM                    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ST. MICHAEL DOC BALZARINI,<br><br>Petitioner,<br><br>v.<br><br>R. GROUNDS,<br><br>Respondent. | Case No. EDCV 12-00028 GHK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: January 20, 2012

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY