1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

ENTER / JS·6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

ST. MICHAEL DOC BALZARINI,          )   Case No. EDCV 12-00028 GHK (AN)
                                    )
          Petitioner,               )   JUDGMENT
                                    )
     v.                             )
                                    )
R. GROUNDS,                         )
                                    )
          Respondent.               )
_____)

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: January 20, 2012

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY